# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMF SOFTWARE, LLC, a limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>PRAKASH MAHARAJ, an individual and KANDJI, INC., a corporation.<br><br>Defendants. | Case No. |

Plaintiff Jamf Software, LLC ("Plaintiff") makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does Jamf have a parent corporation and/or wholly owned subsidiary?

   **Yes**          No

   If yes, the parent corporation and/or wholly owned subsidiary is/are: Jamf Holding Corp.

2. Is 10% or more of the stock of Jamf owned by a publicly held corporation?

   **Yes**          No

   If yes, identify all such owners: Jamf Holding Corp.

Date:   August 17, 2023

s/ Brodie D. Erwin
Brodie D. Erwin
Bar ID # NC 44368; *Pro Hac Vice* to be filed
Kilpatrick Townsend & Stockton
4208 Six Forks Road, Suite 1400
(919) 420-1818
berwin@kilpatricktownsend.com
*Attorneys for Plaintiff Jamf Software, LLC*