UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| JAMF Software, LLC, | File No. 0:23-cv-_____-___-___ |
| Plaintiff, | |
| v. | **MOTION FOR ADMISSION PRO HAC VICE** |
| Prakash Maharaj and Kandji, Inc., | |
| Defendants. | |

---

### Affidavit of Movant

I, Andrew D. Moran, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Andrew T. Williamson, an attorney admitted to practice and currently in good standing in the U.S. District Court for the District of New York, but not admitted to the bar of this court, who will be counsel for the plaintiff, JAMF Software, LLC, in the case listed above.

I am aware that the local rules of this court require that throughout the pendency of this case counsel of record for the party listed above must include an active member in good standing of the bar of this court. I am also aware that this Court, in its discretion, may order that an active member in good standing of the bar of this court must participate actively in the preparation and/or presentation of this case.

Signature: *s/ Andrew D. Moran*      Date: August 17, 2023

MN Attorney License #: 0392381

## **Affidavit of Proposed Admittee**

I, Andrew T. Williamson, am currently a member in good standing of the U.S. District Court for the District of New York, but am not admitted to the bar of this court.  I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion or another active member in good standing of the bar of this court must be counsel of record on behalf of the party listed above throughout the pendency of this case as required by LR 83.5(d).  I further understand that although LR 83.5(d) does not itself require that such attorney participate in the preparation and presentation of the case, this Court, in its discretion, may order greater participation in the case by an active member in good standing of the bar of this court.

I confirm that I have read this District's Local Rules and understand that I must comply with those rules.  I further understand that pursuant to LR 83.6(a), if this Court grants me admission pro hac vice I must comply with the Minnesota Rules of Professional Conduct. I further understand that the District of Minnesota is an electronic court and that I will receive service as required by Fed. R. Civ. P. 5(b) and 77(d) by electronic means and I understand that electronic notice will be in lieu of service by mail.

Signature:  /s/ Andrew T. Williamson			Date:  August 17, 2023

Typed Name: Andrew T. Williamson


Attorney License Number:  5554639 issued by the State of New York

Federal Bar Number (if you have one): _____

Law Firm Name:  Kilpatrick Townsend & Stockton LLP

Law Firm Address: 1100 Peachtree Street NE

                  Suite 2800

                  Atlanta, GA 30309

Main phone: (404) 815-6500        Direct line: (404) 815-6522

E-mail address: drew.williamson@kilpatricktownsend.com