UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jamf Software, LLC, | Civ. No. 23-2536 (JWB/DLM) |
| Plaintiff, | |
| v. | **ORDER OF REFERRAL** |
| Prakash Maharaj and Kandji, Inc., | |
| Defendants. | |

---

For good cause shown by the parties' submissions and representations to the Court, **IT IS HEREBY ORDERED** that Plaintiff's request for expedited discovery in its Motion for Temporary Restraining Order (Doc. No. 5) is **GRANTED**. The parties are directed to contact Magistrate Judge Douglas L. Micko's chambers to schedule a conference to set the scope and timing of expedited discovery that is limited to readily accessible documents and information necessary to resolve Plaintiff's Motion.

**IT IS FURTHER ORDRED** that pursuant to 28 U.S.C. § 636(b)(1)(A)–(C), the remainder of Plaintiff's Motion is referred to Magistrate Judge Micko for issuance of a Report and Recommendation.

Date: September 5, 2023

s/ *Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge