**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Jamf Software, LLC,

Plaintiff,

v.

Prakash Maharaj, and Kandji, Inc.,

Defendants.

Civ. No. 23-2536 (JWB/DLM)

**ORDER DISMISSING CASE WITH PREJUDICE**

---

The parties have filed a Stipulation for Dismissal with Prejudice. (Doc. No. 146.)

Based on that Stipulation, **IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE** and judgment will be entered. Each party shall bear their own costs and attorney fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: March 11, 2024

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge